UNITED STATES of America, Plaintiff–Appellee,

v.

Jose Nelson MALDONADO, Defendant–Appellant.

No. 06–30976

Conference Calendar.

United States Court of Appeals, Fifth Circuit.

April 17, 2007.

Robert S. Noel, II, Monroe, LA, for Defendant–Appellant.

Allison Duncan Bushnell, U.S. Attorney's Office, Western District of Louisiana, Shreveport, LA, for Plaintiff–Appellee.

Before HIGGINBOTHAM, BENAVIDES, and PRADO, Circuit Judges.

PER CURIAM: *

Jose Nelson Maldonado pleaded guilty to unlawful reentry into the United States following deportation and was sentenced to 46 months of imprisonment. He contends that the district court erred in refusing to depart downward on grounds of cultural assimilation. The record reflects that the downward departure was denied because the district court believed it was unwarranted based on the facts of this case. We

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

lack jurisdiction to review this ruling. *See United States v. Hernandez*, 457 F.3d 416, 424 (5th Cir.2006).

APPEAL DISMISSED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under